# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Friedland, Michelle T. | Ninth Circuit | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

James R. Browning Courthouse
95 Seventh Street
San Fancisco, CA 94103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Director | Silicon Valley Campaign for Legal Services (resigned April 3, 2017) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Tarana Wireless Inc. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INVESTMENT ACCOUNT #1 (H) | | | | | | | | | |
| 2. VANGUARD 500 INDEX FUND ADMIRAL SHARES | D | Dividend | N | T | | | | | |
| 3. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) | A | Int./Div. | J | T | | | | | |
| 4. VANGUARD TOTAL INTL STOCK INDEX FUND ADMIRAL SHARES | C | Dividend | M | T | | | | | |
| 5. INVESTMENT ACCOUNT #2 (H) | | | | | | | | | |
| 6. VANGUARD 500 INDEX FUND ADMIRAL SHARES | D | Dividend | N | T | Buy (add'l) | 01/20/16 | J | | |
| 7. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) | A | Int./Div. | J | T | | | | | |
| 8. VANGUARD TOTAL INTL STOCK INDEX FUND ADMIRAL SHARES | C | Dividend | M | T | | | | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) | A | Int./Div. | | | Sold | 10/10/16 | J | | |
| 11. VANGUARD 500 INDEX FUND ADMIRAL SHARES | C | Dividend | | | Sold | 10/10/16 | M | | |
| 12. VANGUARD EXTENDED MKT INDEX ADM | A | Dividend | M | T | Buy | 10/10/16 | M | | |
| 13. VANGUARD TOTAL INTL BOND IX ADM | B | Dividend | M | T | Buy | 10/10/16 | M | | |
| 14. ISHARES IBOXX $ INVESTMENT GRADE CORP BOND ETF | A | Dividend | J | T | | | | | |
| 15. OPPENHEIMER REV WEIGHTED SMALL CAP ETF | A | Dividend | K | T | | | | | |
| 16. FIDELITY SPARTAN TOTAL MARKET INDEX FUND | A | Dividend | K | T | | | | | |
| 17. FIDELITY SPARTAN EXTENDED MARKET INDEX FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 (H) | | | | | | | | | |
| 19. VANGUARD TOTAL INTL BOND INDEX ADMIRAL SHARES | A | Dividend | J | T | Buy | 09/29/16 | J | | |
| 20. VANGUARD TOTAL BOND MKT INDEX ADMIRAL SHARES | C | Dividend | N | T | Buy | 09/29/16 | N | | |
| 21. VANGUARD 500 INDEX FUND ADMIRAL SHARES | D | Dividend | | | Sold | 09/29/16 | J | A | |
| 22. IRA #3 (H) | | | | | | | | | |
| 23. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) | A | Int./Div. | L | T | | | | | |
| 24. VANGUARD VALUE INDEX FUND ADMIRAL SHARES | B | Dividend | K | T | | | | | |
| 25. IRA #4 (H) | | | | | | | | | |
| 26. VANGUARD EXTENDED MKT IDX ADM CL | A | Dividend | K | T | Buy | 09/29/16 | K | | |
| 27. ISHARES IBOXX $ INVESTMENT GRADE CORP BOND ETF | A | Dividend | | | Sold | 09/29/16 | K | | |
| 28. OPPENHEIMER REV WEIGHTED SMALL CAP ETF | | None | | | Sold | 09/29/16 | K | | |
| 29. RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 30. VANGUARD TARGET RETIREMENT 2030 | | None | | | Sold | 01/15/16 | K | | |
| 31. VANGUARD INSTITUTIONAL INDEX | | None | | | Sold | 01/15/16 | L | | |
| 32. RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 33. JOHN HANCOCK TARGET RETIREMENT 2040 | A | Dividend | M | T | | | | | |
| 34. COLLEGE SAVINGS PLAN #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHOLARSHARE PASSIVE GROWTH PORTFOLIO | | None | M | T | | | | | |
| 36. COLLEGE SAVINGS PLAN #2 (H) | | | | | | | | | |
| 37. SCHOLARSHARE PASSIVE GROWTH PORTFOLIO | | None | M | T | | | | | |
| 38. TRUST ACCOUNT #1-1 (H) | | | | | | | | | |
| 39. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) | A | Int./Div. | | | Sold | 09/29/16 | K | | |
| 40. VANGUARD EUROPEAN STOCK INDEX FUND ADMIRAL SHARES | B | Dividend | L | T | Sold (part) | 09/29/16 | L | | |
| 41. VANGUARD EXTENDED MARKET INDEX ADM | B | Dividend | M | T | Buy | 09/29/16 | M | | |
| 42. VANGUARD TOTAL INT'L STOCK INDEX FUND ADMIRAL SHARES | D | Dividend | N | T | | | | | |
| 43. VANGUARD TOTAL BOND MARKET INDEX FUND | B | Dividend | | | Sold | 09/29/16 | M | B | |
| 44. VANGUARD TOTAL STOCK MARKET INDEX FUND ADMIRAL SHARES | C | Dividend | M | T | | | | | |
| 45. VANGUARD 500 INDEX FUND ADM | E | Dividend | O | T | Buy (add'l) | 02/22/16 | K | | |
| 46. TRUST ACCOUNT #1-2 (H) | | | | | | | | | |
| 47. OPPENHEIMER REV WEIGHTED SMALL CAP ETF | A | Dividend | L | T | | | | | |
| 48. CALIFORNIA STATE VARIOUS PURPOSE BOND | A | Interest | J | T | | | | | |
| 49. TRUST ACCOUNT #1-3 (H) | | | | | | | | | |
| 50. VANGUARD DEVEL MARKETS INDEX FUND ADMIRAL SHARES | D | Dividend | O | T | | | | | |
| 51. VANGUARD EMERGING MARKETS IND FUND ADMIRAL SHARES | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VANGUARD INT'L GROWTH FUND ADMIRAL SHARES | B | Dividend | M | T | | | | | |
| 53. VANGUARD INT'L VALUE FUND | | None | | | Sold | 09/29/16 | L | | |
| 54. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) | B | Int./Div. | N | T | | | | | |
| 55. VANGUARD TOTAL INTL STOCK INDEX FUND ADMIRAL SHARES | D | Dividend | N | T | | | | | |
| 56. VANGUARD TOTAL BOND MKT INDEX FUND | D | Dividend | | | Sold | 09/29/16 | N | C | |
| 57. VANGUARD TOTAL STOCK MKT INDEX FUND ADMIRAL SHARES | D | Dividend | O | T | | | | | |
| 58. VANGUARD EXTENDED MKT INDEX ADMIRAL SHARES | A | Dividend | K | T | Buy | 09/29/16 | J | | |
| 59. VANGUARD US GROWTH FUND ADMIRAL SHARES | | None | | | Sold | 09/29/16 | L | B | |
| 60. VANGUARD 500 INDEX FUND ADMIRAL SHARES | E | Dividend | O | T | | | | | |
| 61. TRUST ACCOUNT #1-4 (H) | | | | | | | | | |
| 62. LOS ANGELES UNIFIED SCHOOL DISTRICT BOND | A | Interest | | | Sold | 07/01/16 | K | | |
| 63. SAN JOAQUIN HILLS, CA TRANSP. CORRIDOR AGENCY | A | Interest | K | T | | | | | |
| 64. CALIFORNIA STATE VARIOUS PURPOSE REF SER-ABOND | A | Interest | | | Sold | 09/29/16 | K | B | |
| 65. SANTA CLARA, CA BOND | A | Interest | | | Sold | 09/30/16 | K | A | |
| 66. CHINO BASIN, CA BOND | A | Interest | | | Sold | 09/29/16 | J | A | |
| 67. LOS ANGELES DEPARTMENT OF WATER AND POWER BOND | A | Interest | | | Sold | 09/29/16 | K | A | |
| 68. TRUST ACCOUNT #1-5 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. INVESTMENT PROPERTY #1, MOUNTAIN VIEW, CA (Y) | | | | | | | | | |
| 70. MISC. HOLDINGS (H) | | | | | | | | | |
| 71. BANK OF AMERICA CASH ACCOUNT | A | Interest | M | T | | | | | |
| 72. STANFORD FEDERAL CREDIT UNION CASH ACCOUNT | A | Interest | K | T | | | | | |
| 73. RENTAL PROPERTY, BOCA RATON, FLORIDA (Y) | | | | | | | | | |
| 74. INVESTMENT PROPERTY #2, MOUNTAIN VIEW, CA (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3, 7, 10, 23, 39, and 54: Name update only.

Part VII, line 33: Name updated, see 2015, line 49.

Part VII, lines 35 and 37: These holdings are unit-based, with no income attributable to the individual investments (filing instructions, page 40).

The holdings listed within Trust 1 (lines 63-94) of my 2015 report have been split into 5 separate accounts or segments in this report. When these assets were reallocated between accounts, it resulted in some holdings being listed under more than one header. Specifically, Part VII, lines 39 and 54 were split from line 73 of the 2015 report, Part VII, lines 42 and 55 were split from line 74 of the 2015 report, Part VII, lines 43 and 56 were split from line 82 of the 2015 report, Part VII, lines 44 and 57 were split from line 76 of the 2015 report, and Part VII, lines 45 and 60 were split from line 87 of the 2015 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michelle T. Friedland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544